UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRENT COLE ASKEGARD,

    Plaintiff,

v.                                                                                         Case No. 3:21cv2918-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on January 11, 2022 (ECF No. 5), recommending this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with Court orders.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

Case No. 3:21cv2918-LC-HTC

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 7th day January of 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv2918-LC-HTC